FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>JCLTG, LLC., individually, and SOME BAGELS, INC., individually,<br><br>                Defendants. | NO: 4:21-CV-5053-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 11**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** July 8, 2021.

                                     *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge